**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| SYLVIA MEADE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 5:10CV00331 SWW |
| CITY OF DERMOTT, ARKANSAS; | * | |
| DERMOTT CITY COUNCIL; FLOYD | * | |
| GRAY, Mayor of Dermott; MICHAEL | * | |
| WOLFE, individually an in his official | * | |
| capacity as a Dermott Police Officer; | * | |
| and KEITH DONALDSON, Dermott | * | |
| City Council Member | * | |
| | * | |
| Defendants | * | |
| | * | |

**ORDER**

Before the Court is Plaintiff's motion for voluntary dismissal and a stipulation of dismissal, signed by all parties who have appeared in this case (docket entry #31). Pursuant to Rule 41(a)(a)(A)(ii) of the Federal Rules of Civil Procedure, this case is DISMISSED WITHOUT PREJUDICE. Plaintiff's motion to amend (docket entry #30) is DENIED AS MOOT.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE